AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Rohitkumar Patel;<br>Vinaykumar Patel<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 4:21-mj-00078<br>)<br>)<br>)<br>) |

FILED
WILLIAMSPORT

AUG 02 2021

PER  CAW
DEPUTY CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 21, 2019 to August 2, 2021  in the county of  Clinton  in the
Middle  District of  Pennsylvania  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1546(a) | Visa Fraud |
| 18 U.S.C. 1341 | Mail Fraud |
| 18 U.S.C. 1035(a)(2) | False Statements regarding Healthcare Matters |
| 18 U.S.C. 371 | Conspiracy to commit Visa Fraud |

This criminal complaint is based on these facts:
See Attachment A

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Thomas Harris, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  08/02/2021

_____
*Judge's signature*

City and state:  Williamsport, Pennsylvania     Honorable William I. Arbuckle, Magistrate Judge
*Printed name and title*