IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:21-CR-00235-2 |
| v. | (Chief Judge Brann) |
| VINAYKUMAR PATEL, | |
| Defendant. | |

## ORDER

**JANUARY 18, 2024**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Vinaykumar Patel's Motion to Vacate the Detention Order (Doc. 198) is **DENIED**.

2. Patel's Motion for a New Trial (Doc. 200) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge